UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JENNIFER G. WINGO,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CASE NO. 3:16-CV-05619-DWC

ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 6. This matter is before the Court on "Plaintiff's Motion for Attorney's Fees and Expenses Pursuant to 28 U.S.C. § 2412." Dkt. 23. Defendant has no objection to Plaintiff's Motion. Dkt. 24.

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's motion and attorney time itemization (Dkt. 18, 18-3), and the relevant record, the Court orders EAJA attorney's fees of $8,217.32 and expenses of $5.18, for a total of $8,222.50 ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

1       The Acting Commissioner shall contact the Department of Treasury after this Order is
entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the
Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the
government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly
to Eitan Kassel Yanich, Plaintiff's counsel, by either direct deposit or check made payable to
him. If there is an offset, any remainder shall be made payable to Plaintiff, based on the
Department of the Treasury's Offset Program and standard practices, and the check shall be
mailed to Plaintiff's counsel, Eitan Kassel Yanich, at Eitan Kassel Yanich, PLLC, 203 Fourth
Avenue E., Suite 321, Olympia, WA 98501.

      Dated this 8th of August, 2017.

*[signature]*
David W. Christel
United States Magistrate Judge